# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00255-RJC-DSC

| | |
|---|---|
| DAVID R. MULHERN et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| IMAAN INTERNATIONAL, INC., et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Defendant Global Electronic Recycling, LLC's Motion to Dismiss (Rule 12(b)(2))" (document #13) filed May 18, 2017.

On May 25, 2017, this case was stayed pending mediation. See document #18.

On September 29, 2017, the parties reported that they had reached an agreement in principle and that a dismissal with prejudice would be forthcoming. See document #22.

Accordingly, "Defendant Global Electronic Recycling, LLC's Motion to Dismiss (Rule 12(b)(2))" (document #13) is administratively denied as moot without prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 11, 2017

David S. Cayer
United States Magistrate Judge